IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN NANNI                          *
                                    *
v.                                  *
                                    *   Civil Action No. WMN-15-2570
ABERDEEN MARKETPLACE, INC.          *
                                    *
* * * * * * * * * * * * * * *

## **ORDER**

In accordance with the accompanying Memorandum, and for the reasons stated therein, IT IS this 4th day of May, 2016, by the United States District Court for the District of Maryland, ORDERED:

(1) That Defendant's Motion to Dismiss, ECF No. 7, is GRANTED;

(2) That Defendant's Motion to Dismiss, ECF No. 3, is DENIED as moot;

(3) That this action is hereby CLOSED; and

(4) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

```
            _____/s/_____
            William M. Nickerson
            Senior United States District Judge
```